IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN MICHAEL OMAR ALLY,<br>Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY, STEPHANIE IVES, RACHAEL STARK, DONNA GREY, JIM RUGO, VLADIMIRA WILENT, MARIA TRAVAGLIO, ANDREA SEISS, SANDRA FOEHL, CAMERON ETEZADY, ROBERT LEVIS, MIA LEURHMANN AND ADAM O'DONNELL,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-561 |

**O R D E R**

**AND NOW**, this 26th day of September, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiff's Responses thereto (ECF Nos. 10, 15), and Defendants' Reply (ECF No. 16), **IT IS ORDERED** that Defendants' Motion is **GRANTED WITH PREJUDICE**. The case shall be marked as closed.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**